UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SIDIROPOULOS, | Case No. 09-CV-0106-JM POR |
| Plaintiff, | ORDER ON JOINT MOTION TO DISMISS ACTION WITH PREJUDICE |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

GOOD CAUSE APPEARING, this matter is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear their own attorneys' fees and costs.

Dated: April 10, 2009

_____
HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT COURT JUDGE